

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| C & C Road Construction, Inc./SAAB Site Contractors, L.P., | § | No. 08-17-00056-CV |
| Appellants, | § | Appeal from the |
| v. | § | County Court at Law No. 6 |
| SAAB Site Contractors, L.P./C & C Road Construction, Inc., | § | of El Paso County, Texas |
| | § | (TC# 2014DCV2960) |
| Appellees. | § | |

**O R D E R**

Pending before the Court is Mr. Mobbs and Mr. Martinez's motion to withdraw as counsel for Appellant/Cross Appellee C & C Road Construction, Inc. The motion to withdraw as counsel is GRANTED. It is further ORDERED that if Appellant/Cross Appellee C & C Road Construction, Inc. retains new counsel that C & C Road Construction, Inc. notify this office immediately. The Court's records reflect that the remaining portion of the reporter's record is currently due October 8, 2017.

IT IS SO ORDERED this 15th day of September, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.